UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHTON SMITH,

        Plaintiff,

v.

JEFF TANNER, *et al.*,

        Defendants.

_____/

Case No. 2:26-cv-10884
District Judge Susan K. DeClercq
Magistrate Judge Anthony P. Patti

## ORDER GRANTING PLAINTIFFS' MOTION TO CORRECT (ECF NO. 11) AND DIRECTING CLERK TO RE-CHARACTERIZE AND STRIKE ECF NO. 6

Plaintiff has filed a motion docketed as ECF No. 11, clarifying that "ECF No. 6 incorrectly identifies that filing as 'Amended Complaint.'  However it is not.  It is actually [unintelligible] the Memorandum in support of ECF No. 3." (ECF No. 11, PageID.220.)  The Clerk's docketing mistake is understandable, because the format of ECF No. 6 looks exactly like a complaint for the first many pages.  Plaintiff also asks the Court to send him a copy of ECF No. 6 because he does not recall sending the Court "anything on 3/26/26."  It should be noted though that ECF No. 6 is *dated* March 12, 2026, when Plaintiff appears to have signed it. (ECF No. 6, PageID.178).  March 26th is simply when it was *docketed* by the Court after being delivered by mail.  The motion (ECF No. 11) is **GRANTED**, to the extent that it seeks to recharacterize ECF No. 6 as a memorandum, and the Clerk is

1

**HEREBY DIRECTED** to recharacterize ECF No. 6 as a supplemental memorandum in support of Plaintiff's motion for a temporary injunction (ECF No. 3).  As such, the Clerk is then further **DIRECTED** to **STRIKE** ECF No. 6 under Local Rule 7.1 as an impermissible additional brief since the motion for a TRO is already supported by a lengthy memorandum. (See ECF No. 3, PageID.83-105.)

Although the Court is not generally in the business of sending parties copies of docketed items, especially their own, the Clerk is further **DIRECTED** to send Plaintiff a copy of ECF No. 6, as it suspects that Plaintiff may have filed it in the wrong case, since he has two other pending cases in this Court.  *See* Case Nos. 2:25-cv-12655-BRM-DRG *Smith v. Hrywnak* and  2:26-cv-10118-MAG-DRG *Smith v. Tipa et al*.

It is **SO ORDERED**.

Dated:  May 22, 2026

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE