UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHTON SMITH,

Plaintiff,

v.

JEF TANNER,

Defendant.

Case No. 2:26-cv-10884

District Judge Susan K. DeClercq
Magistrate Judge Anthony P. Patti

______________________________/

**ORDER GRANTING PLAINTIFF'S MOTION FOR BREIFING DEADLINE EXTENSION (ECF NO. 38)**

Plaintiff has filed a letter, which the Court construes as an *ex post facto* motion for an extension of his briefing deadline, claiming that Defendant Tanner's motion to dismiss (ECF No. 26) does not contain a certificate of service (*see* ECF No. 38, PageID.489), although the motion to dismiss clearly does contain a certificate of service, indicating that Plaintiff was served at his prison by mail (ECF No. 26, PageID.325). Plaintiff still asserts that he did not receive it, although the timing of this concern being raised with the Court is odd at best and suspect at worst, since the Court sent him an order requiring a response to Defendant's motion to dismiss over two months ago (ECF No. 27), yet Plaintiff waited until now to claim he has not received the motion, well after the time for responding had expired. The Court doubts this claim, but in an abundance of caution, the Court

**HEREBY EXTENDS** the deadline for responding to Defendant's motion to dismiss (ECF No. 26) to **October 16, 2026** and **DIRECTS** Defendant Tanner to re-serve his motion and file a certificate of service with the Court. No further extensions will be granted to Plaintiff.

**IT IS SO ORDERED.**[1]

Dated: September 19, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE